# PORTER | SCOTT

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Megan E. Nevin, SBN 304122
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY
SHERIFF'S DEPARTMENT and SHERIFF KEITH ROYAL

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID PETERSON, an individual, | CASE NO. 2:19-cv-00949-JAM-EFB |
| v. | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER** |
| NEVADA COUNTY, CALIFORNIA, a county government and operator of the NEVADA COUNTY SHERIFF'S DEPARTMENT; and the following persons both as individuals and in their capacity as officials, employees or contractors of Nevada County; SHERIFF KEITH ROYAL; and Does 1 through 10; and CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; and its personnel Does 11 through 20; and THE CITY OF GRASS VALLEY, a municipality and the operator of the GRASS VALLEY POLICE DEPARTMENT; and the following person, both as an individual and in their capacity as an employee thereof, Officer Doe 21 and Does 22 through 25, | Complaint Filed: 05/24/2019 |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JOHN DAVID PETERSON, and Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT and SHERIFF KEITH ROYAL, through their respective counsel, that the time for Defendants to respond to the Complaint shall be extended to August 16, 2019. The parties are in the

1

process of determining the procedure for service of summons on the individually named Defendants.

An extension is necessary in an effort to avoid the duplicity of multiple responses to the Complaint.

Respectfully submitted,

Dated: July 29, 2019

PORTER SCOTT
A PROFESSIONAL CORPORATION

By      /s/Carl L. Fessenden
        Carl L Fessenden
        Megan E. Nevin
        Attorneys for Defendants

Dated: July 29, 2019

LAW OFFICES OF PATRICK H. DWYER

By      /s/Patrick H. Dwyer (authorized 07/26/2019)
        Patrick H. Dwyer
        Attorney for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 29, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO
PLAINTIFF'S COMPLAINT; ORDER