| | |
|---|---|
| 1 | JEROME M. VARANINI, ESQ.   (State Bar No. 58531) |
| | LAW OFFICES OF JEROME M. VARANINI |
| 2 | 641 Fulton Avenue, Suite 200 |
| | Sacramento, California 95825-4869 |
| 3 | P.O. Box 590 |
| | Sacramento, CA 95812-0590 |
| 4 | Telephone: (916) 993-4868 |
| | Facsimile: (916) 993-675 |

Attorneys for Defendant
Correctional Medical Group Companies, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DAVID PETERSON,** | **Case No. 2:19-cv-00949-JAM-EFB** |
| **Plaintiff,** | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT: ORDER** |
| v. | |
| **NEVADA COUNTY, CALIFORNIA,** *et al.*, | |
| **Defendants.** | |

IT IS HEREBY STIPULATED and agreed upon by and between Plaintiff JOHN DAVID PETERSON, and Defendant CORRECTIONAL MEDICAL GROUP COMPANIES, INC. ("CMGC"), by and through their respective counsel, that the time for Defendant "CMGC" to respond to the Complaint shall be extended to August 16, 2019. The parties are in the process of determining the procedure for service of summons on various parties and an extension is necessary as an effort to avoid the duplication of multiple responses to the Complaint.

////

////

////

DATED: July 30, 2019     LAW OFFICES OF JEROME M. VARANINI

/s/ Jerome M. Varanini
_____
BY:    JEROME M. VARANINI
           Attorneys for Defendant "CMGC"

DATED: July 30, 2019     LAW OFFICES OF PATRICK H. DWYER

/s/ Patrick H. Dwyer
_____
BY:    PATRICK H. DWYER
           Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation of counsel, the extension of time requested is hereby granted.

Dated: August 1, 2019                     /s/ John A. Mendez
                                                HONORABLE JOHN A. MENDEZ
                                                United States District Court Judge