**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Megan E. Nevin, SBN 304122
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT and SHERIFF KEITH ROYAL

Jerome M. Varanini, SBN 58531
**LAW OFFICE OF JEROME M. VARANINI**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.993-4868
FAX: 916.993.6750
jvaranini@tsvlaw.com
Attorney for WELLPATH MANAGEMENT, INC. (*formerly known as Correctional Medical Group Companies, Inc.*)

Patrick H. Dwyer, SBN 137743
**LAW OFFICE OF PATRICK H. DWYER**
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530.432.5407
FAX: 530.432.9122
pdwyer@pdwyerlaw.com
Attorney for Plaintiff JOHN DAVID PETERSON

Andrew Caulfield, SBN 238300
**CAULFIELD LAW FIRM**
1101 Investment Blvd. #120
El Dorado Hills, CA 95762
Tel: 916.933.3200
andrew@caulfieldlawfirm.com
Attorney for Defendant CITY OF GRASS VALLEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID PETERSON, an individual, | CASE NO. 2:19-cv-00949-JAM-EFB |
| v. | **STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS** |
| NEVADA COUNTY, CALIFORNIA et al. | |
| Defendants. | |
| _____/ | Complaint Filed: 05/24/2019 |

The parties have met and conferred and have agreed to participate in an early Settlement Conference with Magistrate Judge Kendall Newman presiding.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. That this matter be referred to Magistrate Judge Kendall Newman for a Settlement Conference on October 30, 2019 at 9:00 a.m.

///

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the Settlement Conference.

**IT IS SO STIPULATED.**

Dated: September 4, 2019     PORTER SCOTT
                             A PROFESSIONAL CORPORATION

                             By: /s/Carl L. Fessenden
                                 Carl L. Fessenden
                                 Attorneys for Defendants NEVADA COUNTY,
                                 NEVADA COUNTY SHERIFF'S DEPARTMENT
                                 and SHERIFF KEITH ROYAL

Dated: September 4, 2019     LAW OFFICE OF PATRICK H. DWYER

                             By: /s/Patrick H. Dwyer (authorized 09/03/2019)
                                 Patrick H. Dwyer
                                 Attorney for Plaintiff JOHN DAVID PETERSON

Dated: September 4, 2019     LAW OFFICE OF JEROME M. VARANINI

                             By: /s/Jerome M. Varanini (authorized 09/03/2019)
                                 Jerome M. Varanini
                                 Attorneys for Defendant WELLPATH
                                 MANAGEMENT, INC. (*formerly known as Correctional Medical Group Companies, Inc.*)

Dated: September 4, 2019     CAULFIELD LAW FIRM

                             By: /s/Andrew T. Caulfield (authorized 09/03/2019)
                                 Andrew T. Caulfield
                                 Attorneys for Defendant CITY OF GRASS VALLEY

# ORDER

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference and finding good cause therefore, hereby approves:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on **October 30, 2019**, at **9:00 a.m.,** in Courtroom 25.

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO ORDERED.**

Dated: 9/4/2019                     /s/ John A. Mendez_____
                                    John A. Mendez
                                    United States District Court Judge