**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Megan E. Nevin, SBN 304122
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT and SHERIFF KEITH ROYAL

Jerome M. Varanini, SBN 58531
**LAW OFFICE OF JEROME M. VARANINI**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.993-4868
FAX: 916.993.6750
jvaranini@tsvlaw.com
Attorney for WELLPATH MANAGEMENT, INC. (*formerly known as Correctional Medical Group Companies, Inc.*)

Patrick H. Dwyer, SBN 137743
**LAW OFFICE OF PATRICK H. DWYER**
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530.432.5407
FAX: 530.432.9122
pdwyer@pdwyerlaw.com
Attorney for Plaintiff JOHN DAVID PETERSON

Andrew Caulfield, SBN 238300
**CAULFIELD LAW FIRM**
1101 Investment Blvd. #120
El Dorado Hills, CA 95762
Tel: 916.933.3200
andrew@caulfieldlawfirm.com
Attorney for Defendant CITY OF GRASS VALLEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID PETERSON, an individual, <br><br> v. <br><br> NEVADA COUNTY, CALIFORNIA et al. <br><br> Defendants. <br> _____/ | CASE NO. 2:19-cv-00949-JAM-EFB <br><br> **STIPULATION AND ORDER REQUESTING CONTINUANCE OF EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS** <br><br> Complaint Filed: 05/24/2019 |

The parties have met and conferred and have agreed to participate in an early Settlement Conference with Magistrate Judge Kendall Newman presiding. Originally, it was scheduled to occur on October 30, 2019. The parties request that the settlement conference be continued until December 13, 2019.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. The Settlement Conference set for October 30, 2019 at 9:00 a.m. before Magistrate Judge Kendall Newman is vacated. The Settlement Conference shall now be set for December 13, 2019 at 9:00 before Magistrate Judge Kendall Newman.

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the Settlement Conference.

**IT IS SO STIPULATED.**

Dated: October 24, 2019  PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/Carl L. Fessenden
Carl L. Fessenden
Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT and SHERIFF KEITH ROYAL

Dated: October 24, 2019  LAW OFFICE OF PATRICK H. DWYER

By: /s/Patrick H. Dwyer (authorized 10/24/2019)
Patrick H. Dwyer
Attorney for Plaintiff JOHN DAVID PETERSON

Dated: October 24, 2019  LAW OFFICE OF JEROME M. VARANINI

By: /s/Jerome M. Varanini (authorized 10/24/2019)
Jerome M. Varanini
Attorneys for Defendant WELLPATH MANAGEMENT, INC. (*formerly known as Correctional Medical Group Companies, Inc.*)

Dated: October 24, 2019  CAULFIELD LAW FIRM

By: /s/Andrew T. Caulfield (authorized 10/25/2019)
Andrew T. Caulfield
Attorneys for Defendant CITY OF GRASS VALLEY

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference and finding good cause therefore, hereby approves:

1. The October 30, 2019 Settlement Conference before Magistrate Judge Kendall J. Newman is vacated. The new date for the Settlement Conference shall be **December 13, 2019**, at **9:00 a.m.,** in Courtroom 25.

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO ORDERED.**

Dated: October 24, 2019  /s/ John A. Mendez
John A. Mendez
Judge, U.S.D.C. - Eastern District of CA