**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants NEVADA COUNTY, NEVADA COUNTY SHERIFF'S DEPARTMENT and SHERIFF KEITH ROYAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID PETERSON, an individual, | CASE NO. 2:19-cv-00949-JAM-JDP |
| v. | **STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER** |
| NEVADA COUNTY, CALIFORNIA, a county government and operator of the NEVADA COUNTY SHERIFF'S DEPARTMENT; and the following persons both as individuals and in their capacity as officials, employees or contractors of Nevada County; SHERIFF KEITH ROYAL; and Does 1 through 10; and CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; and its personnel Does 11 through 20; and THE CITY OF GRASS VALLEY, a municipality and the operator of the GRASS VALLEY POLICE DEPARTMENT; and the following person, both as an individual and in their capacity as an employee thereof, Officer Doe 21 and Does 22 through 25, | Complaint Filed: 05/24/2019 |
| Defendants. / | |

{02739999.DOCX}                1

STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER

**Whereas,** the Court's Initial Pretrial Scheduling Order (ECF 48) set a date of July 1, 2022 for the conclusion of non-expert discovery.

**Whereas**, the parties have completed discovery and expert discovery pursuant to the Initial Scheduling Order, except for a dispute over a single issue regarding the scope of a section of Plaintiff's Expert Rebuttal Report, which section the Defendants want to strike;

**Whereas,** the parties met and conferred regarding the disputed section of Plaintiff's Expert Rebuttal Expert report and were unable to reach agreement;

**Whereas**, the parties then held an informal conference with Magistrate Judge Peterson on June 23, 2022 regarding their differences over the Plaintiff's Expert rebuttal Report;

**Whereas**, Magistrate Peterson stated that the Initial Scheduling Order would need to be amended by the Court to allow him to hear a discovery motion under LR 251 on the disputed portion of the Plaintiff's Expert Rebuttal report

**Whereas**, the parties have met and conferred and agreed to this Stipulation requesting the Court to extend the July 1, 2022 discovery cutoff date for such period of time as necessary to hear a discovery motion regarding the subject dispute between the parties;

**Whereas**, Plaintiff is agreeable to such extension of the discovery cutoff date provided that it does not alter the present Trial date;

**Whereas**, the requested extension will not unduly delay this case or prejudice any party, nor is it made for any improper purpose. Rather, the request is made jointly by the parties and in a timely manner. For this additional reason, good cause exists to grant the requested modification to the schedule. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'") (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

**Whereas,** there have been no previous time modifications to these deadlines in this case.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties:

1. The discovery cutoff date shall be extended for so long as necessary to file and hear a discovery motion under LR 251 regarding the parties' dispute over the scope of a section of Plaintiff's Expert Rebuttal Report and to allow any additional discovery actions to resolve said discovery dispute.

Dated: June 29, 2022   PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ *Matthew W. Gross*
   Carl L. Fessenden
   Matthew W. Gross
   Attorneys for Defendant

Dated: June 29, 2022   ATTORNEY AT LAW

By  /s/ *Patrick Dwyer*
   Patrick Dwyer
   Counsel for Plaintiff

Dated: June 28, 2022   LAW OFFICES OF JEROME M. VARANINI

By  /s/ *Jerome M. Varanini*
   Jerome M. Varanini
   Attorneys for Defendant WELLPATH MANAGEMENT, INC.

# ORDER

Upon review of the **Joint Stipulation to Modify the Pre-Trial Scheduling Order To Continue Fact Discovery** and **finding Good Cause therefore**, the Court hereby orders that the Initial Pre-Trial Scheduling Order dated June 25, 2021 (ECF 48) be modified as follows:

1. Non-expert Discovery shall be extended until August 4, 2022 to permit the parties to file and prosecute a discovery motion under LR 251 to resolve the issue regarding Plaintiff's Rebuttal Expert Report.

**IT IS SO ORDERED.**

Dated:  June 29, 2022                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE